UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL GAUTHREAUX** and **SHEENA GAUTHREAUX,** individually and on behalf of the minor, **J.G.** | CIVIL ACTION<br><br>NO. 2:21-cv-447 |
| VERSUS | SECTION " " MAG.<br>Judge: |
| **UNITED STATES OF AMERICA** | Magistrate:<br>**JURY TRIAL REQUESTED** |

## COMPLAINT

1.

Plaintiffs, MICHAEL GAUTHREAUX and SHEENA GAUTHREAUX, individually and on behalf of the minor J. G., citizens of the State of Louisiana, respectfully file this Complaint against the United States of America pursuant to the Federal Tort Claims Act, 28 USC § 2671 et seq., for personal injuries caused by the negligence of officers/employees of the United States of America.

### PARTIES

2.

A.  Michael Gauthreaux, a resident and citizen of Louisiana, plaintiff.

B.  Sheena Gauthreaux, a resident and citizen of Louisiana, plaintiff.

C.  Sheena Gauthreaux, on behalf of her minor child, J.G., plaintiff.

3.

UNITED STATES OF AMERICA, defendant.

### JURISDICTION AND VENUE

4.

This Court has jurisdiction under 28 USC § 1246(b).

5.

Venue is proper in this Court under 28 USC § 1402(b) because the act or omission at issue occurred in the Eastern District of Louisiana, specifically the city of Covington.

## CONDITIONS PRECEDENT

6.

Plaintiffs timely presented this claim in writing to the United States, by submitting an SF95 form to the US Postal Service on July 18, 2018 and January 3, 2020, which was received by the postal service on July 18, 2018 and January 3, 2020. The United States has not yet made a determination as to the claim. However, as more than six months have passed since the claim was presented, suit is authorized under 28 USC § 2675(a) and 2401. USPS issued denials of both claims via cerified letter dated and mailed on September 18, 2020.

## FACTS

7.

On April 12, 2018, Plaintiffs were in a vehicle operated by Sheena Gauthreaux, lawfully southbound on Highway 21, Covington, Louisiana. At the intersection of Highway 21 and Holly Drive, a vehicle owned by the United States and operated by its employee Kelli Lee, who was acting in the course and scope of her employment with the United States, was southbound on Highway 21 and failed to yield and come to a complete stop when approaching Plaintiffs' vehicle. The vehicle operated by Kelli Lee struck the vehicle in which Plaintiffs were located, causing property damage to the Plaintiffs' vehicle and personal injury to Sheena Gauthreaux and J.G.

## COUNT 1 - FEDERAL TORT CLAIMS ACT

8.

This act by Kelli Lee was negligent. Kelli Lee was an employee of the defendant and was acting within the course and scope of her office or employment, and had a duty to exercise ordinary care and operate the motor vehicle reasonably and prudently. Under Louisiana law, a private person would be liable to the plaintiff for this act or omission. Under 28 USC § 1346(b), the United States is liable to Plaintiffs for the property damage and personal injury described below.

## JURY DEMAND

9.

Plaintiffs request this matter be resolved with a trial by jury.

## DAMAGES

10.

As a direct and proximate result of defendant's negligence, plaintiffs suffered the following injuries and damages:

    A.    Physical pain and mental anguish in the past and future;

    B.    Medical expenses in the past and future;

    C.    Physical impairment in the past and future;

    D.    Loss of consortium in the past and future; and

    E.    Property damage.

## PRAYER

11.

For these reasons, plaintiffs seek judgment against defendant for:

A. $161,631.82 as actual damages for Sheena Gauthreaux individually;

B. $5,000.00 as actual damages for the minor J.G. who was a passenger in the vehicle;

C. $10,000.00 as actual damages for Michael Gauthreaux, spouse of Sheena Gauthreaux and father of J.G.;

D. Lost wages;

E. Medical expenses;

F. Property damages;

G. Loss of consortium;

H. Costs of suit;

I. Post-judgment interest; and

J. All other relief the court deems appropriate.

Plaintiffs further pray for all general and equitable relief.

Respectfully submitted:

/s/ *John M. Robin*

_____
JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, Louisiana 70433
Telephone: (985) 893-0370
Fax: (985) 893-2511
johnmrobin@johnmrobinlaw.com

Patrick G. Murray, #36602
523 Georgia Avenue
Bogalusa, Louisiana 70427
Office: (985) 205-8877
Facsimile: (985) 790-7034
MurrayLawBogalusa@gmail.com
*Attorneys for Plaintiffs*

**SERVICE VIA WAIVER:**
Hon. Duane A. Evans
Interim U.S. Attorney-Eastern District of Louisiana
650 Poydras Street
New Orleans, LA 70130

Hon. Monty Wilkinson
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530-0001